JS 44 (Rev. 10/20) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ISHAR, INC. t/a AMERA HAS STATION and GURINDER S. RYAN | TRAVELERS INDEMNITY COMPANY |

**(b)** County of Residence of First Listed Plaintiff __Philadelphia County, PA__
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant __Baltimore County, MD__
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Roger F. Perry
734 S. Fourth Street, Philadelphia, PA 19147
215-922-2094

Attorneys *(If Known)*
Bradley J. Vance; Robert J. Foster; Reger Rizzo & Darnall
2929 Arch Street, 13th Fl; Philadelphia, PA 19104
215-495-6500

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [x] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle **PERSONAL PROPERTY** / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | | | [ ] 863 DIWC/DIWW (405(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other **Other:** | **IMMIGRATION** | | |
| | [ ] 448 Education / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332
Brief description of cause:
Declaratory Judgement

**VII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE
9/30/2021

SIGNATURE OF ATTORNEY OF RECORD
/s/ Bradley J. Vance, Esquire

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ISHAR, INC. t/a Amera Gas Station | : | |
| And GURINDAR SYAN | : | |
| **Plaintiffs,** | : | |
| | : | |
| | : | |
| v. | : | No. |
| | : | |
| THE TRAVELERS INDEMNITY | : | NOTICE OF REMOVAL |
| COMPANY | : | |
| d/b/a TRAVELERS | : | |
| **Defendant,** | : | |

### <u>NOTICE OF REMOVAL</u>

Pursuant to U.S.C §§1332, 1441(a) and 1446, Defendant, Travelers Property Casualty Company of America, incorrectly sued herein as The Travelers Indemnity Company, files this Notice of Removal of this case from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.   In support of this Notice of Removal, Defendant states as follows:

### **CASE BACKGROUND AND FOUNDATION FOR REMOVAL**

1.      On or about September 14, 2021 Plaintiffs commenced an action by Complaint ("Complaint") seeking a declaratory judgment that Defendant had a duty to defend and indemnify Plaintiffs in a civil action filed in the Court of Common Pleas of Philadelphia. *Ishar, Inc. v. The Travelers Indemnity Company*, Philadelphia CCP No. 2100900746.  The Complaint was served by certified mail which was received on September 17, 2021. The Complaint and Defense Counsel's entry of appearance, copies of which are attached as Exhibit "A" and "B" respectively, are the only pleadings served and filed in the State Court Action.

2.      This Court has original jurisdiction over this matter pursuant to 28 U.S.C. §1332. Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. §1441 because it is a civil action that is between citizens of different states and in which the amount in controversy of the claims of the Plaintiffs exceed $75,000.00, exclusive of interest and costs.

3.      Venue is proper in this Court because the State Court Action is pending in Philadelphia County, Pennsylvania.  See 28 U.S.C. §1441(a).

**COMPLETE DIVERSITY OF CITIZENSHIP**

4.  There is a complete diversity of citizenship between the parties.

(a) **Plaintiffs.**  Plaintiff, Ishar, Inc. is a citizen of Pennsylvania as it is incorporated in Pennsylvania and its principle place of business is a gas station in Pennsylvania. See Complaint, ¶1  The pleadings do not identify Plaintiff, Gurindar Syan's residence.  According to online searches, Plaintiff, Gurinder Syan is a citizen of Delaware or Pennsylvania.  According to online searches Gurindar Syan's address is either 1013 Mathew Way, New Castle DE or in Upper Darby, PA.  A copy of the online records are attached hereto as Exhibit C.  The records indicate Gurindar Syan operates multiple business in the Philadelphia area consistent with his residency in Delaware or Pennsylvania.  No record of a Gurinder Syan could be found in Connecticut.

(b) <u>**Defendant.**</u>  The Complaint alleges Travelers Indemnity Company has a regional "home" office in Maryland.  See Complaint, ¶2.  Defendant is incorporated in Connecticut with its principal place of business in Connecticut.  A copy of the records from the Pennsylvania Insurance Commissioner are attached hereto as Exhibit D.   Defendant is a Citizen of Connecticut.  The proper Defendant will be Travelers Property Casualty Company of America which is also incorporated in Connecticut with its principal place of business in Connecticut.  A copy of the records from the Pennsylvania Insurance Commissioner are attached hereto as Exhibit E.

5.      The Complaint does not identify the amount in controversy.  See Complaint.  The Complaint does seek a declaratory judgment for indemnification for two personal injury claims for "serious" injuries plus the costs of defense for the underlying case.  See Complaint  ¶3, and Exhibit A Appended thereto.  Although each individual underlying plaintiff is seeking damages not in excess of $50,000, the potential combined value of their claims plus attorney's fees makes the amount in controversy in excess of $75,000.

6. The Defendant is not domiciled in Pennsylvania.

7. Given the complete diversity of the real parties and an amount in the controversy in excess of $75,000, this Court has jurisdiction over the cause of action and claims asserted in the State Court Action pursuant to 28 U.S.C. §1332, and this action is properly removable pursuant to 28 U.S.C. §1441 and 1446.

8. This Notice of Removal has been served on Plaintiff's attorney. The certificate of service is attached hereto. A Notice of Filing of Notice of Removal to Federal Court (attached Exhibit "F") will be filed in the Court of Common Pleas of Philadelphia County, Pennsylvania immediately after the filing of this Notice.

9. By filing this Notice of Removal, Defendant does not waive and hereby expressly reserves the right to assert any defense or motion available.

**CONCLUSION**

Because Plaintiffs and Defendant are citizens of different states and the amount controversy exceeds $75,000, this Court has jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. §1332. Defendant is therefore entitled to remove this case to this Court pursuant to 28 U.S.C. §1441 and 1446.

Wherefore, Defendant requests that the action now pending before the Court of Common Pleas of Philadelphia County, Pennsylvania be removed to this Court.

Respectfully submitted,

**REGER RIZZO & DARNALL LLP**

*/s/ Bradley J. Vance, Esquire*_____
Bradley J. Vance, Esquire
Attorney No. 58850
Robert J. Foster, Esquire
Attorney No. 61912
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104
Attorneys for Defendant
The Travelers Indemnity Company

Dated: October 1, 2021

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ISHAR, INC. t/a Amera Gas Station And GURINDAR SYAN | : | |
| **Plaintiffs,** | : | |
| | : | |
| | : | |
| | : | |
| v. | : | No. |
| | : | |
| THE TRAVELERS INDEMNITY COMPANY | : | NOTICE OF REMOVAL |
| d/b/a TRAVELERS | : | |
| **Defendant,** | : | |

## CERTIFICATE OF SERVICE

I, Bradley J. Vance, Esquire, attorney for Defendant hereby certify that a true and correct copy of the within Notice of Removal was served upon all counsel listed below via E-Mail and First-Class Mail, postage prepaid:

Roger Perry, Esquire
734 S. Fourth Street
Philadelphia, PA  19147

**REGER RIZZO & DARNALL LLP**

DATE: October 1, 2021

*/s/ Bradley J. Vance*
Bradley J. Vance, Esquire
Attorney No.58850
Robert J. Foster, Esquire
Attorney No. 61912
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104
Attorneys for Defendant
The Travelers Indemnity Company

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 6243 Chestnut Street, Philadelphia, PA 19120 _____

Address of Defendant: _____ 111 Schilling Road, Hunt Valley, MD 21031 _____

Place of Accident, Incident or Transaction: _____ 5657 Walnut Street, Philadelphia, PA 19139 _____

---

***RELATED CASE, IF ANY:***

Case Number: _____    Judge: _____    Date Terminated: _____

Civil cases are deemed related when ***Yes*** is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐    No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐    No ☐

I certify that, to my knowledge, the within case ☐ **is** / ☒ **is not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 09/30/2021    /s/ Bradley J. Vance    58850
_____    _____    _____
    *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

*A.    Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
    *(Please specify):* _____

*B.    Diversity Jurisdiction Cases:*

☒ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
    *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____    _____    _____
    *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| ISHAR, INC. t/a Amera Gas Station, and GURINDER S. SYAN | : : : | CIVIL ACTION |
| v. | : | |
| TRAVELERS INDEMNITY COMPANY | : : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  (x )

| | | |
|---|---|---|
| 9/30/2021 | Bradley J. Vance | Defendant |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-495-6500 | 215-495-6600 | bvance@regerlaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

**(Civ. 660) 10/02**

# Exhibit A

**PERRY & PERRY**

ATTORNEYS AT LAW
734 SOUTH FOURTH STREET
PHILADELPHIA, PENNSYLVANIA 19147
(215) 922-2094
FAX (215) 922-4132

ROGER F. PERRY
ALEXANDER R. PERRY

RECEIVED
TRAVELERS

SEP 17 2021

OF COUNSEL:
RAMONA JOHNSON

SCANNED

September 14, 2021

TRAVELERS INDEMNITY COMPANY
d/b/a  TRAVELERS
111 Schilling Road
Hunt Valley, MD   21031

Re:  ISHAR, INC. et. al, vs. Travelers Indemnity Company
September Term 2021, No. 00746
Declaratory Judgment Action

Dear Sir or Ms:

Enclosed for service is the Declaratory Judgment Action filed in the Common Pleas
Court of the City and County of Philadelphia, Pennsylvania.

Yours truly,

Roger F. Perry

RFP/rj
encl.
certified mail, return receipt
regular first class mail.

**FIRST JUDICIAL DISTRICT OF COMMONWEALTH OF PENNSYLVANIA**

Roger F. Perry, Esquire
rfentonperry@aol.com
Court I.D. No. 21443
734 S. Fourth Street
Philadelphia, PA 19147-3195                         *Attorney for*

215.922.2094    Fax 215 922-4132                    *defendants*

---

ISHAR, INC  t/a Amera                        :
Gas Station, and GURINDER S. SYAN    :           IN THE COURT OF
6243 Chestnut Street                         :
Philadelphia, PA 19120   *Plaintiff*          :          COMMON PLEAS
        vs                                   :          CIVIL ACTION –
TRAVELERS INDEMNITY COMPANY
d/b/a  TRAVELERS        :
111 Schilling Road                           :          ACTION FOR DECLARATORY
Hunt Valley, MD     *Defendant*              :          JUDGMENT
        21031

---

### CERTIFICATE OF SERVICE

The undersigned Roger F. Perry, Esquire hereby certifies that, pursuant to Pennsylvania R. Civ. Pro. 440 and related rules, the attached Declaratory Judgment Action was  served by first class postage prepaid and certified U.S. Mail. in accordance with the Court Rules as follows:

To:

TRAVELERS INDEMNITY COMPANY
d/b/a  TRAVELERS
111 Schilling Road
Hunt Valley, MD        defendant
        21031

Roger F. Perry, Esq.
Attorney for Plaintiff

9/14/21

**PERRY & PERRY**
ATTORNEYS AT LAW
734 SOUTH FOURTH STREET
PHILADELPHIA, PENNSYLVANIA 19147
(215) 922-2094
FAX (215) 922-4132

RECEIVED
TRAVELERS

SEP 17 2021

OF COUNSEL:
RAMONA JOHNSON

ROGER F. PERRY
ALEXANDER R. PERRY

SCANNED

September 14, 2021

TRAVELERS INDEMNITY COMPANY
d/b/a  TRAVELERS
111 Schilling Road
Hunt Valley, MD   21031

Re: <u>ISHAR, INC. et. al, vs. Travelers Indemnity Company</u>
September Term 2021, No. 00746
Declaratory Judgment Action

Dear Sir or Ms:

Enclosed for service is the Declaratory Judgment Action filed in the Common Pleas Court of the City and County of Philadelphia, Pennsylvania.

Yours truly,

Roger F. Perry

RFP/rj
encl.
certified mail, return receipt
regular first class mail.

**FIRST JUDICIAL DISTRICT OF COMMONWEALTH OF PENNSYLVANIA**

Roger F. Perry, Esquire
rfentonperry@aol.com
Court I.D. No. 21443
734 S. Fourth Street
Philadelphia, PA 19147-3195                                      *Attorney for*

215.922.2094   Fax 215 922-4132                                  *defendants*

---

ISHAR, INC  t/a Amera
Gas Station, and GURINDER S. SYAN   :                  IN THE COURT OF
6243 Chestnut Street                              :
Philadelphia, PA 19120   *Plaintiff*              :            COMMON PLEAS
            vs                                    :          CIVIL ACTION –
TRAVELERS INDEMNITY COMPANY
d/b/a  TRAVELERS        :
111 Schilling Road                                :          ACTION FOR DECLARATORY
Hunt Valley, MD      *Defendant*                  :          JUDGMENT
        21031

---

## CERTIFICATE OF SERVICE

The undersigned Roger F. Perry, Esquire hereby certifies that, pursuant to Pennsylvania R. Civ. Pro. 440 and related rules, the attached Declaratory Judgment Action was served by first class postage prepaid and certified U.S. Mail. in accordance with the Court Rules as follows:

To:

TRAVELERS INDEMNITY COMPANY
d/b/a  TRAVELERS
111 Schilling Road
Hunt Valley, MD       defendant
    21031

Roger F. Perry, Esq.                    9/14/21
Attorney for Plaintiff

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**SEPTEMBER 2021**

E-Filing Number: 2109018709

**000746**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ISHAR INC | TRAVELERS INDEMNITY COMPANY, ALIAS: TRAVELERS |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 6243 CHESTNUT STREET<br>PHILADELPHIA PA 19120 | 111 SCHILLING ROAD<br>HUNT VALLEY MD 21031 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☒ Complaint    ☐ Petition Action    ☐ Notice of Appeal<br>☐ Writ of Summons    ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☒ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**

1D - INSURANCE, DECLARATORY JUDGMNT

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY**<br><br>SEP 11 2021<br><br>**S. RICE** | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES      NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ISHAR INC

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| ROGER F. PERRY | 734 S 4TH STREET<br>PHILADELPHIA PA 19147 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215) 922-2094 | (215) 922-4132 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 21443 | rfentonperry@aol.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| ROGER PERRY | Saturday, September 11, 2021, 11:06 am |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMMERCE PROGRAM ADDENDUM
TO CIVIL COVER SHEET**

This case is subject to the Commerce Program because it is not an arbitration matter and it falls within one or more of the following types (check all applicable):

_____ 1. Actions relating to the internal affairs or governance, dissolution or liquidation, rights or obligations between or among owners (shareholders, partners, members), or liability or indemnity of managers (officers, directors, managers, trustees, or members or partners functioning as managers) of business corporations, partnerships, limited partnerships, limited liability companies or partnerships, professional associations, business trusts, joint ventures or other business enterprises, including but not limited to any actions involving interpretation of the rights or obligations under the organic law (e.g., Pa. Business Corporation Law), articles of incorporation, by-laws or agreements governing such enterprises;

_____ 2. Disputes between or among two or more business enterprises relating to transactions, business relationships or contracts between or among the business enterprises. Examples of such transactions, relationships and contracts include:

        _____ a. Uniform Commercial Code transactions;

        _____ b. Purchases or sales of business or the assets of businesses;

        _____ c. Sales of goods or services by or to business enterprises;

        _____ d. Non-consumer bank or brokerage accounts, including loan, deposit cash management and investment accounts;

        _____ e. Surety bonds;

        _____ f. Purchases or sales or leases of, or security interests in, commercial, real or personal property; and

        _____ g. Franchisor/franchisee relationships.

_____ 3. Actions relating to trade secret or non-compete agreements;

_____ 4. "Business torts," such as claims of unfair competition, or interference with contractual relations or prospective contractual relations;

_____ 5. Actions relating to intellectual property disputes;

_____ 6. Actions relating to securities, or relating to or arising under the Pennsylvania Securities Act;

_____ 7. Derivative actions and class actions based on claims otherwise falling within these ten types, such as shareholder class actions, but not including consumer class actions, personal injury class actions, and products liability class actions;

_____ 8. Actions relating to corporate trust affairs;

__X__ 9. Declaratory judgment actions brought by insurers, and coverage dispute and bad faith claims brought by insureds, where the dispute arises from a business or commercial insurance policy, such as a Comprehensive General Liability policy;

_____ 10. Third-party indemnification claims against insurance companies where the subject insurance policy is a business or commercial policy and where the underlying dispute would otherwise be subject to the Commerce Program, not including claims where the underlying dispute is principally a personal injury claim.

**FIRST JUDICIAL DISTRICT OF COMMONWEALTH OF PENNSYLVANIA**

Roger F. Perry, Esquire
rfentonperry@aol.com
Court I.D. No. 21443
734 S. Fourth Street
Philadelphia, PA 19147-3195
215.922.2094   Fax 215 922-4132

Filed and Attested by the
Office of Judicial Records
11 SEP 2021 11:06 am
S. RICE

*Attorney for*
*defendants*

---

ISHAR, INC t/a Amera
Gas Station, and GURINDER S. SYAN   :
6243 Chestnut Street                 :
Philadelphia, PA 19120  *Plaintiff*   :
                  vs                 :
TRAVELERS INDEMNITY COMPANY
Dba  TRAVELERS     :
111 Schilling Road                   :
Hunt Valley, MD      *Defendant*      :

IN THE COURT OF

COMMON PLEAS
CIVIL ACTION –

ACTION FOR DECLARATORY
JUDGMENT

---

| NOTICE TO PLEAD | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demando a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suva sin previo aviso o notificacion. Ademas, la corte puede decidir a vavor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades o otros derechos importantes para usted. |
| YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. | LLEVE ESTAT DEMANDA A UN ABOGADO INMEDIATAMENTE SI NO TIENE ABOGAO O SI N TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL. |
| PHILADELPHIA BAR ASSOCIATION LAWYER REFERRAL AND INFORMATION SERVICE 1101 MARKET STREET, 11th FLOOR PHILADELPHIA, PA. 19107 TELEPHONE (215) 238-6333 | Servicio de Referencia Legal 1101 Market Street, 11th Floor Filadelfia, PA 19107-2911 : 215 238-6333 |

Case ID: 210900074€

## ACTION FOR DECLARATORY JUDGMENT

1. Plaintiffs are Ishar, Inc., t/a Amera Gas Station, ("Ishar") and Gurinder S. Syan. Ishar, Inc., is a domestic business corporation in the Commonwealth of Pennsylvania. Amera Gas Station is a gas station operating at 5657 Walnut Street, in the City and County of Philadelphia, Pennsylvania. Gurinder S. Syan is the president of Ishar, Inc. and individual plaintiff.

2. Defendant is Travelers Indemnity Company doing business as Travelers in the Commonwealth of Pennsylvania, with a regional "home" office at 111 Schilling Road, Hunt Valley, MD. ("Travelers").

3. Ishar, Inc., individually and t/a Amera Gas Station, Amera Gas Station and Gurinder S. Syan, individually, are all named co-defendants with others in a personal injury litigation involving an alleged injury to Plaintiffs Steven Rucker and Sikinah Rucker, who allege that they were seriously injured "on or about August 12, 2019," while purchasing gas at the Amera Gas Station at 5657 Walnut Street in Philadelphia.

4. The litigation is ongoing in this Court, and is captioned *Sikinal Rucker and Stephen Rucker vs Ishar, Inc., individually and t/a Amera Gas Station, Amera Gas Station, Gurinder S. Syan et. al.* June Term, 2021, No. 00328. (the "Rucker Ligitation") Exhibit A.

5. At all times relevant to the Rucker Litigation, a paid insurance policy, Commercial General Liability Policy # 680-1L181116-19-42, issued to Ishar, Inc., by Travelers Property Casualty Company of America ("Travelers Property") was in place. Travelers Property is a wholly owned and controlled entity of Travelers Indemnity Company.

6. Notice of the Rucker Litigation was provided to Travelers in a timely fashion and after some weeks after referral to them as their Claim No. FKW0478, Travelers sent a letter to Mr. Syan saying that they were "researching" and would "be in contact with you regarding the extent of Travelers obligations, if any, in this matter." Exhibit B. Letters October 8, 2019, July 16, 2021.

7. Plaintiffs' counsel followed up via telephone as to the noted correspondence. Travelers has refused coverage on the basis that the issues raised in the Rucker Litigation present a "pollution" issue."

8. The claims raised in the Rucker Litigation are within the scope of coverage pursuant to the insurance policy that was in place.

9. The letters, Exhibit B, a basic disclaimer letters, state that the refusal of coverage is based on the "pollution exclusion," and quote a section of the policy that sets forth as follows:

"This insurance does not apply to:

f. Pollution

   (1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

      a. At or from any premises, site or location which is or was at any time owned or occupied by or rented or loaned to, any insured…"


""Pollutants" mean any solid liquid , gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed."


10. The refusal of coverage rests on pollutants that are released, escape, seep, etc., from a premises or site location, understood to be in the nature of an environmental hazard.   In this case, the Plaintiffs in the Rucker Litigation apparently are alleging that they have injuries related to a negligent discharge from a gas pump.  Plaintiffs' allegations have not been proven and the complaint, does not completely clarify the manner in which the injuries can be said to result from any of Defendants' negligence.  However, it is clear that this is not in the nature of an environmental contamination matter.

11. Travelers nonetheless refuses coverage on the basis of the allegations in the complaint merely because the complaint alleges injuries as a result of a "release of gasoline."  The defendants Ishar and Syan deny any negligence as related to any release of gasoline, however, that is the gravamen of the plaintiffs' action. Further, the language in the policy clearly refers to environmental conditions which may be found to cause damage to persons or property as a result of dispersal from the land or premises, and not to the malfunction of a gas pump,

which is the situation that is the described as the subject of the plaintiffs' complaint.

12. The above named Ishar, Inc., individually and t/a Amera Gas Station and Gurinder S. Syan, defendants in the Rucker litigation are all parties who reasonably expected to be covered by the Traveler's policy issued to Ishar.

13. Travelers denial of coverage rests on a set of circumstances that is different from the set of circumstances that is described in the complaint.

14. The letter of July 16, 2021, states that ,"This correspondence is neither intended to be, nor shall it be construed as, an exhaustive listing of policy terms, conditions or exclusions that might preclude coverage for the Lawsuit under the Policy. Travelers reserves the right to supplement this declination of coverage should facts or circumstances indicate the applicability of additional grounds upon which to deny coverage for the Lawsuit."

15. The insured parties aver that they have paid for coverage for years, and they deem it outrageous that their insurance company now blatantly has stated that it is looking for reasons to deny coverage to them in this lawsuit rather than perform as an intended negligence defender.

16. Pursuant to the Declaratory Judgment Act, 42 Pa c.S. Section 7532, the Court has the right to declare the rights of the Ishar, Inc., individually and t/a Amera Gas Station, and Gurinder S. Syan under the Policy #680-1L181116-19-42.

WHEREFORE Plaintiffs requests a Court Order to require legal defense of the underlying Ruch matter, reimbursement to Plaintiffs of fees and costs incurred to date.

Roger F Perry

Exhibits Attached.

## VERIFICATION

The undersigned Gurinder Syan for himself and Ishar Inc hereby Verifies the facts set forth in the foregoing Complaint for declaratory relief as true and correct to the best of my knowledge, information and belief. This Verification is made pursuant 18 PaCSA section 4904 relating to the penalties for unsworn falsification to authorities.

_____

Gurinder Syan

# EXHIBIT A

Case ID: 210900746

Trial Division

# Civil Cover Sheet

JUNE 2021

E-Filing Number: 2106019001

**000328**

| PLAINTIFF'S NAME<br>SIKINAH RUCKER | DEFENDANT'S NAME<br>ISHAR, INC., ALIAS: INDIVIDUALLY AND T/A AMERA GAS STATION |
|---|---|
| PLAINTIFF'S ADDRESS<br>5717 ADDISON STREET<br>PHILADELPHIA PA 19143 | DEFENDANT'S ADDRESS<br>5657 WALNUT STREET<br>PHILADELPHIA PA 19139 |
| PLAINTIFF'S NAME<br>STEPHEN RUCKER | DEFENDANT'S NAME<br>AMERA GAS STATION |
| PLAINTIFF'S ADDRESS<br>5717 ADDISON STREET<br>PHILADELPHIA PA 19143 | DEFENDANT'S ADDRESS<br>5657 WALNUT STREET<br>PHILADELPHIA PA 19139 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>GURINDER S. SYAN |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>6243 CHESTNUT STREET<br>PHILADELPHIA PA 19139 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 10 | [X] Complaint    [ ] Petition Action    [ ] Notice of Appeal<br>[ ] Writ of Summons    [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [X] $50,000.00 or less<br>[ ] More than $50,000.00 | [X] Arbitration<br>[ ] Jury<br>[ ] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

**CASE TYPE AND CODE**

2S - PREMISES LIABILITY, SLIP/FALL

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY**<br><br>JUN 09 2021<br><br>**S. RICE** | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES    NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: SIKINAH RUCKER , STEPHEN RUCKER

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>JEFFREY M. ROSENBAUM | ADDRESS<br>1818 MARKET STREET<br>SUITE 3200<br>PHILADELPHIA PA 19103 |
|---|---|
| PHONE NUMBER<br>(215) 569-0200     FAX NUMBER<br>(215) 569-6099 | |
| SUPREME COURT IDENTIFICATION NO.<br>51719 | E-MAIL ADDRESS<br>filings@rosenbaumfirm.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>JEFFREY ROSENBAUM | DATE SUBMITTED<br>Wednesday, June 09, 2021, 02:56 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

Case ID: 210900746

## COMPLETE LIST OF DEFENDANTS:

1. ISHAR, INC.
    ALIAS: INDIVIDUALLY AND T/A AMERA GAS STATION
    5657 WALNUT STREET
    PHILADELPHIA PA 19139

2. AMERA GAS STATION
    5657 WALNUT STREET
    PHILADELPHIA PA 19139

3. GURINDER S. SYAN
    6243 CHESTNUT STREET
    PHILADELPHIA PA 19139

4. OPW FUELING COMPONENTS, LLC
    9393 PRINCETON GLENDALE ROAD
    HAMILTON OH 45011

5. OPW A DOVER COMPANY
    9393 PRINCETON GLENDALE ROAD
    HAMILTON OH 45011

6. BP PRODUCTS NORTH AMERICA, INC.
    1 WEST PENNSYLVANIA AVENUE SUITE 440
    TOWSON MD 21204

7. BP AMERICA
    5657 WALNUT STREET
    PHILADELPHIA PA 19139

8. REALTY INCOME CORPORATION
    11995 EL CAMINO REAL
    SAN DIEGO CA 92130

9. JOHN DOE I
    ALIAS: (FICTITIOUS NAME)
    5657 WALNUT STREET
    PHILADELPHIA PA 19139

10. JOHN DOE II
    ALIAS: (FICTITIOUS NAME)
    5657 WALNUT STREET
    PHILADELPHIA PA 19139

Case 2:21-cv-04320-AB    Document 1    Filed 10/01/21    Page 23 of 70

You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, if one or more parties is not present at the hearing, the matter may be heard at the same time and date before a Judge of the court without the absent party or parties. There is no right to a trial de novo on appeal from a decision entered by a Judge.

ROSENBAUM AND ASSOCIATES, P.C.
By: JEFFREY M. ROSENBAUM, ESO.
Identification No. 51719
1818 Market Street, Suite 3200
Philadelphia, PA 19103
(215) 569-0200

ARBITRATION
Filed and Attested by the
ASSESSMENT OF DAMAGES Records
HEARING IS ON ... 2021  02:56 pm

Attorney for Plaintiffs

| | |
|---|---|
| SIKINAH RUCKER<br>5717 Addison Street<br>Philadelphia, PA 19143 | : PHILADELPHIA COUNTY<br>: COURT OF COMMON PLEAS<br>: |
| and | : TERM, 2021 |
| STEPHEN RUCKER<br>5717 Addison Street<br>Philadelphia, PA 19143 | : NO. |
|           Plaintiffs | : |
| vs. | : |
| ISHAR, INC., individually and t/a AMERA<br>GAS STATION<br>5657 Walnut Street<br>Philadelphia, PA 19139<br>and<br>AMERA GAS STATION<br>5657 Walnut Street<br>Philadelphia, PA 19139<br>and<br>GURINDER S. SYAN<br>6243 Chestnut Street<br>Philadelphia, PA 19139<br>and<br>OPW FUELING COMPONENTS, LLC<br>9393 Princeton Glendale Road<br>Hamilton, OH 45011<br>and<br>OPW A DOVER COMPANY<br>9393 Princeton Glendale Road<br>Hamilton, OH 45011<br>and<br>BP PRODUCTS NORTH AMERICA, INC.:<br>1 West Pennsylvania Avenue, Suite 440<br>Towson, MD 21204 and<br>5657 Walnut Street<br>Philadelphia, PA 19139<br>and | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

BP AMERICA                                         :
5657 Walnut Street                                 :
Philadelphia, PA 19139 and                         :
1 West Pennsylvania Avenue, Suite 440              :
Towson, MD 21204                                   :
and                                                :
REALTY INCOME CORPORATION                          :
11995 El Camino Real                               :
San Diego, CA 92130  and                           :
5657 Walnut Street                                 :
Philadelphia, PA 19139                             :
and                                                :
JOHN DOE I (FICTITIOUS NAME)                       :
and                                                :
JOHN DOE II (FICTITIOUS NAME)                      :
                                                   :
                              Defendants       :

### 2S Premises Liability – Complaint in Civil Action

**NOTICE**

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU. YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

LAWYER REFERRAL & INFORMATION SERVICE, Philadelphia Bar Assn
1101 Market Street, 11th Floor
Philadelphia, Pennsylvania 19107, Phone (215) 238-6333

**AVISO**

LE HAN DEMANDADO A USTED EN LA CORTE. SI USTED QUIERE DEFENDERSE DE ESTAS DEMANDAS EXPUESTAS EN LAS PAGINAS SIGUIENTES, USTED TIENE VIENTE (20) DIAS DE PLAZO AL PARTIR DE LA FECHA DE LA DEMANDA Y LA NOTIFICACION. HACE FALTA ASENTAR UNA COMPARENCIA ESCRITA O EN PERSONA O CON UN ABOGADO Y ENTREGAR A LA CORE EN FORMA ESCRITA SUS DEFENSAS O SUS OBJECIONES A LAS DEMANDAS EN CONTRA DE SU PERSONA. SEA AVISADO QUE SI USTED NO SE DEFIENDE, LA CORTE TOMARA MEDIDAS Y PUEDE CONTINUAR LA DEMANDA EN CONTRA SUYA SIN PREVIO AVISO O NOTIFICACION ADEMAS. LA CORTE PUEDE DECIDIR A FAVOR DEL DEMANDANTE Y REQUIERE QUE USTED CUMPLA CON TODAS LAS PROVISIONES DE ESTA DEMANDA. USTED PUEDE PERDER DINERO O SUS PROPIEDADES U OTROS DERECHOS IMPORTANTES PARA USTED. LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

SERVICIO DE REFERENCIA E INFORMACION LEGAL, Asociacion De Licenciados De Filadelfia, 1101 Market Street, 11th
Floor
Filadelfia, PA 19107 Telefono: (215) 238-6333

ROSENBAUM and ASSOCIATES, P.C.
By: JEFFREY M. ROSENBAUM, ESQ.
Identification No. 51719
1818 Market Street, Suite 3200
Philadelphia, PA 19103
(215) 569-0200

ARBITRATION
ASSESSMENT OF DAMAGES
HEARING IS REQUIRED

Attorney for Plaintiffs

| | |
|---|---|
| SIKINAH RUCKER<br>5717 Addison Street<br>Philadelphia, PA 19143 | : PHILADELPHIA COUNTY<br>: COURT OF COMMON PLEAS<br>:<br>: |
| and | : TERM. 2021<br>: |
| STEPHEN RUCKER<br>5717 Addison Street<br>Philadelphia, PA 19143 | : NO.<br>:<br>: |
|                Plaintiffs | : |
| vs. | :<br>:. |
| ISHAR, INC., individually and t/a AMERA<br>GAS STATION<br>5657 Walnut Street<br>Philadelphia, PA 19139<br>and<br>AMERA GAS STATION<br>5657 Walnut Street<br>Philadelphia, PA 19139<br>and<br>GURINDER S. SYAN<br>6243 Chestnut Street<br>Philadelphia, PA 19139<br>and<br>OPW FUELING COMPONENTS, LLC<br>9393 Princeton Glendale Road<br>Hamilton, OH 45011<br>and<br>OPW A DOVER COMPANY<br>9393 Princeton Glendale Road<br>Hamilton, OH 45011<br>and<br>BP PRODUCTS NORTH AMERICA, INC.<br>1 West Pennsylvania Avenue, Suite 440<br>Towson, MD 21204 and<br>5657 Walnut Street<br>Philadelphia, PA 19139<br>and | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

Case ID: 210600328

Case ID: 210900746

BP AMERICA                                                    :
5657 Walnut Street                                           :
Philadelphia, PA 19139 and                                   :
1 West Pennsylvania Avenue, Suite 440                         :
Towson, MD 21204                                             :
and                                                          :
REALTY INCOME CORPORATION                                    :
11995 El Camino Real                                         :
San Diego, CA 92130 and                                      :
5657 Walnut Street                                           :
Philadelphia, PA 19139                                       :
and                                                          :
JOHN DOE I (FICTITIOUS NAME)                                 :
and                                                          :
JOHN DOE II (FICTITIOUS NAME)                                :
                                                             :
                              Defendants     :
_____

### 2S Premises Liability – Complaint in Civil Action

1. The plaintiff, Sikinah Rucker, is an adult individual and resident of the Commonwealth of Pennsylvania, residing therein as captioned above.

2. The plaintiff, Stephen Rucker, is an adult individual and resident of the Commonwealth of Pennsylvania, residing therein as captioned above.

3. The defendant, Ishar, Inc., individually and d/b/a Amera Gas Station, is a corporation, limited liability company, partnership or fictitious name of an individual or individuals, with a place of business located at the above address.

4. The defendant, Amera Gas Station, is a corporation, limited liability company, partnership or fictitious name of an individual or individuals, with a place of business located at the above address.

5. The defendant, Gurinder S. Syan, is an individual, limited liability company, partnership or fictitious name of an individual or individuals, with a place of business located at the above address.

6. The defendant, OPW Fueling Components, LLC, is a corporation, limited liability company, partnership or fictitious name of an individual or individuals, with a place of business located at the above address, and at all times material hereto was the manufacturer and/or supplier of the equipment part that attached the gas hose to the gas pump in question and which malfunctioned as more specifically described hereinafter.

7. The defendant, OPW A Dover Company, is a corporation, limited liability company, partnership or fictitious name of an individual or individuals, with a place of business located at the above address.

8. The defendant, BP Products North America, Inc., is a corporation, limited liability company, partnership or fictitious name of an individual or individuals, with a place of business located at the above address.

9. The defendant, BP America, is a corporation, limited liability company, partnership or fictitious name of an individual or individuals, with a place of business located at the above address.

10. The defendant, Realty Income Corporation, is a corporation, limited liability company, partnership or fictitious name of an individual or individuals, with a place of business located at the above address.

11. The defendant, John Doe I (fictitious name) is an individual, corporation and/or other entity whose identity, after reasonable investigation, is currently unknown, but at all times relevant hereto owned, operated and controlled the premises and had the duty to maintain the premises, fuel pumps and hoses at Amera Gas Station, 5657 Walnut Street, Philadelphia, Pennsylvania.

12. The defendant, John Doe II (fictitious name) is an individual, corporation and/or

other entity whose identity, after reasonable investigation, is currently unknown, but at all times relevant hereto inspected, serviced and maintained the fuel pumps and hoses at Amera Gas Station, 5657 Walnut Street, Philadelphia, Pennsylvania.

13. At all times relevant hereto, the defendants were acting through their agents, servants and/or employees within the course and scope of their employment, and the doctrine of Respondeat Superior is invoked herein.

14. At all times relevant hereto all defendants were acting as the agents, servants, workmen and/or employees of all other named defendants.

15. At all times relevant hereto, defendants had under their care, direction, supervision, control and maintenance the premises, fuel pumps and hoses at Amera Gas Station, 5657 Walnut Street, Philadelphia, Pennsylvania, and it was the defendants' duty to keep and maintain said premises, fuel pumps and hoses in a reasonably safe condition.

16. On or about the 12th day of August, 2019, at approximately 12:30 p.m., a dangerous, negligent and/or defective condition existed on the premises as aforesaid and defendants knew or should have known of the existence of same.

17. On the aforesaid date, the plaintiffs lawfully were purchasing fuel at the said premises, when by reason of the negligence of the defendants, the plaintiffs were caused to be seriously injured when the fuel pump malfunctioned and gasoline spilled onto the plaintiffs.

18. The defendants knew or should have known of the existence of the hazardous and dangerous condition on the aforesaid premises.

19. The carelessness and/or negligence of the defendants consisted of the following:

   a. Failing to maintain said premises, fuel pumps and hoses in a safe and reasonable condition for persons such as the plaintiff using said premises and fuel pump;

   b. Failing to reasonably inspect said premises, fuel pumps and hoses to

Case ID: 21060032
Case ID: 210900746

ascertain the existence of the negligent condition when defendants knew or should have known of the existence of said negligent condition;

c.   Failing to warn persons of the negligent and/or defective condition;

d.   Failing to remove the defective condition;

e.   Failing to properly inspect and maintain the aforesaid fuel pumps and hoses;

f.   Failing to cordon off the dangerous area;

g.   Failing to correct a hazardous condition when they knew or should have known of the problem with the gas pumps and hoses;

h.   Negligently allowing said defective fuel pumps and hoses to remain on said premises;

i.   Failing to use ordinary care which the general public has a right to expect of property;

j.   Failing to properly supervise persons maintaining defendants' premises, fuel pumps and hoses; and,

k.   Failing to respond to requests to remedy said defective condition.

<u>COUNT I</u>

<u>PLAINTIFF, SIKINAH RUCKER, vs. ALL DEFENDANTS</u>

20. The plaintiff, Sikinah Rucker, hereby incorporates by reference herein the allegations contained in the preceding paragraphs of this Complaint as though same were fully set forth at length herein.

21. Solely because of the negligence of the defendants acting as aforesaid, the plaintiff was caused to sustain serious physical injury in and about the person, including but not limited to plaintiff's throat, arm and hydrocarbon exposure, as well as a severe shock to the nerves and nervous system and was or may have been otherwise injured, whereby plaintiff has suffered and may continue to suffer

Case ID: 21060003

Case ID: 210900746

in the future and/or may be permanent.

22. The plaintiff may have sustained other injuries and pre-existing conditions may have been aggravated.

23. The plaintiff avers that some or all of the injuries sustained may be or are of a permanent nature and character.

24. As a further result of the aforesaid accident, plaintiff has been unable in the past, and is likely to continue to be unable in the future, to attend to plaintiff's usual duties, activities, vocations and avocations, all to plaintiff's great financial loss and detriment.

25. As a further result of the aforesaid accident and resultant injuries, plaintiff has expended and is in the future likely to expend substantial sums of monies for the care, treatment and attempted cure of plaintiff's injuries, all to plaintiff's great financial loss and detriment.

26. As a further result of the aforesaid accident and resultant injuries, plaintiff has been caused to undergo in the past and is likely to undergo in the future, severe pain, suffering, inconvenience and embarrassment, all to plaintiff's great financial loss and detriment.

WHEREFORE, plaintiff, Sikinah Rucker, demands judgment against defendants, Ishar, Inc., individually and d/b/a Amera Gas Station, Amera Gas Station, Gurinder S. Syan, OPW Fueling Components, LLC, OPW A Dover Company, BP Products North America, Inc., BP America, Realty Income Corporation and John Doe (fictitious name), in a sum not in excess of the arbitration limits.

Case ID: 210600325

Case ID: 210900746

## COUNT II

### PLAINTIFF, STEPHEN RUCKER, vs. ALL DEFENDANTS

27. The plaintiff, Stephen Rucker, hereby incorporates by reference herein the allegations contained in the preceding paragraphs of this Complaint as though same were fully set forth at length herein.

28. Solely because of the negligence of the defendants acting as aforesaid, the plaintiff was caused to sustain serious physical injury in and about the person, including but not limited to plaintiff's eye and hydrocarbon exposure, as well as a severe shock to the nerves and nervous system and was or may have been otherwise injured, whereby plaintiff has suffered and may continue to suffer in the future and/or may be permanent.

29. The plaintiff may have sustained other injuries and pre-existing conditions may have been aggravated.

30. The plaintiff avers that some or all of the injuries sustained may be or are of a permanent nature and character.

31. As a further result of the aforesaid accident, plaintiff has been unable in the past, and is likely to continue to be unable in the future, to attend to plaintiff's usual duties, activities, vocations and avocations, all to plaintiff's great financial loss and detriment.

32. As a further result of the aforesaid accident and resultant injuries, plaintiff has expended and is in the future likely to expend substantial sums of monies for the care, treatment and attempted cure of plaintiff's injuries, all to plaintiff's great financial loss and detriment.

33. As a further result of the aforesaid accident and resultant injuries, plaintiff has been caused to undergo in the past and is likely to undergo in the future, severe pain, suffering, inconvenience and embarrassment, all to plaintiff's great financial loss and detriment.

*WHEREFORE*, plaintiff, Stephen Rucker, demands judgment against defendants, Ishar, Inc., individually and d/b/a Amera Gas Station, Amera Gas Station, Gurinder S. Syan, OPW Fueling Components, LLC, OPW A Dover Company, BP Products North America, Inc., BP America, Realty Income Corporation and John Doe (fictitious name), in a sum not in excess of the arbitration limits.

ROSENBAUM and ASSOCIATES, P.C.

By:_____

JEFFREY M. ROSENBAUM, ESQUIRE
Attorney for Plaintiff

DATE:_____

Case ID: 210600328
Case ID: 210900746

## VERIFICATION

Jeffrey M. Rosenbaum, Esquire, states that he is the attorney for the Plaintiffs herein, that he is acquainted with the facts set forth in the foregoing Complaint in Civil Action and that the same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the penalties of 18 Pa.C.S. '4904 relating to unsworn falsification to authorities.

_____
JEFFREY M. ROSENBAUM, ESQUIRE

DATE: _____

# EXHIBIT B

Case ID: 210900746



**TRAVELERS**

Lisa Simone

*Assistant Account Executive*
*Strategic Resolution Group, Baltimore*

(443) 353-1028
(443) 353-1140 (fax)

111 Schilling Rd.
Hunt Valley, MD 21031

<u>VIA EMAIL (rajsyan@aol.com & raj28@verizon.net) RECEIPT ACKNOWLEDGEMENT REQUESTED</u>

July 16, 2021

Gurinder S. Syan
Ishar, Inc.
6243 Chestnut St.
Philadelphia, PA 19139

| Re: | Policyholder: | Ishar, Inc. |
| --- | --- | --- |
| | Lawsuit: | *Sikinah Rucker and Stephen Rucker v. ISHAR, INC., Individually and t/a Amera Gas Station, Gurinder S. Syan, et al.* Philadelphia County Court of Common Pleas, PA, Case No. 210600328 ("Lawsuit") |
| | Entities Seeking Coverage: | 1) Ishar, Inc. Individually and t/a Amera Gas Station<br>2) Amera Gas Station<br>3) Gurinder S. Syan |
| | Claim No: | FKW0478 |

Dear Mr. Syan:

As a member of the Strategic Resolution Group, I have reviewed the Lawsuit in conjunction with the Store Pac Policy 680-1L181116-19-42 in effect from 06/27/2019 to 06/27/2020 (the "Policy") issued by Travelers Property Casualty Company of America (hereinafter, "Travelers") to Ishar Inc. Based upon this review, we respectfully decline coverage for the Lawsuit as outlined below.

As you are aware, the claim was previously tendered to us and, based upon our review of the facts and circumstances of the claim and the Policy issued to Ishar Inc, the matter was denied as outlined in our correspondence of October 8, 2019 (see attached). Subsequent to this denial, claimants Sikinah Rucker and Stephen Rucker filed the captioned Lawsuit related to the claim.

According to the allegations within the Lawsuit, on or about August 12, 2019, at approximately 12:30 p.m. Sikinah Rucker and Stephen Rucker ("Plaintiffs") purchased fuel from Amera Gas Station located at 5657 Walnut Street, Philadelphia, Pennsylvania ("Premises"). Plaintiffs claim that the fuel pump malfunctioned, and gasoline spilled onto them. As a result of the gasoline spill, Plaintiffs are alleging serious physical injury in and about their persons, including but not limited to eye, throat, arm and hydrocarbon exposure, as well as a severe shock to the nerves and nervous system. Plaintiffs also allege they may have sustained other injuries and pre-existing conditions may have been aggravated as a result of the negligence of the defendants, including Ishar, Inc. and Gurinder S. Syan.

It is my understanding that Gurinder S. Syan is the owner of the Amera Gas Station at the Premises at issue in the Lawsuit. Gurinder S. Syan qualifies as an insured under the Policy, but only with his respect to his duties as an officer or director of Ishar, Inc., or with respect to his duties as an employee of Ishar, Inc. The

Case ID: 210900746

Ishar, Inc.
July 16, 2021

Policy does not provide coverage for any liabilities arising out of the acts or omissions of any entity other than those entities which would qualify as an insured under the Policy. Travelers reserves all its rights in that regard.

Please be advised that the Policy contains the following pollution exclusion which limits coverage and states in pertinent part as follows:

>   This insurance does not apply to:
>
>   **f. Pollution**
>
>   (1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":
>
>   >   a.   At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured...
>
>   ...
>
>   "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.
>
>   ...

As the Plaintiffs in the Lawsuit allege injury arising out of a release of gasoline, a pollutant as defined in the Policy, at the Premises owned by any insured, the above-cited language would apply to preclude coverage for the Lawsuit under the Policy.

Our coverage determination is based on the information available to us at this time. If our understanding is incomplete or incorrect, or if there is any additional information bearing on coverage that you would like us to consider, please forward the same to me so that we may further evaluate coverage in light of that information.

This correspondence is neither intended to be, nor shall it be construed as, an exhaustive listing of policy terms, conditions or exclusions that might preclude coverage for the Lawsuit under the Policy. Travelers reserves the right to supplement this declination of coverage should facts and circumstances indicate the applicability of additional grounds upon which to deny coverage for the Lawsuit.

If you have any questions or would care to discuss this matter further, please feel free to contact me at (443) 353-1028.

Sincerely,

Lisa Simone
Assistant Account Executive

cc:    Evelyn Colon
       Matlack & Company
       903 Black Horse Pike
       Glendora, New Jersey
       Evelyn@matlackins.com

Case ID: 210900746

Ishar, Inc.
July 16, 2021

Roger Perry, Esquire
734 S 4th Street
Philadelphia, Pennsylvania
rfentonperry@aol.com


# TRAVELERS J

Robert M. Stahl V

*Assistant Account Executive*
*Strategic Resolution Group, Baltimore*

(443) 353-1327
(443) 353-1140 (fax)

111 Schilling Rd.
Hunt Valley, MD 21031

October 8, 2019

Raj Syan
Ishar Inc.
6243 Chestnut St.
Philadelphia, Pennsylvania 19139

Re:        Policyholder  :   **Ishar Inc.**
           Matter        :   **Fuel spray, 5657 Walnut Street, Philadelphia,**
                              **Pennsylvania ("Claim")**
           File No.       :   **FKW0478**

Dear Mr. Syan:

This letter serves to update our previous communication on September 4, 2019. The Strategic Resolution Group has reviewed the facts surrounding the captioned Claim in conjunction with Commercial General Liability Policy 680-1L181116-19-42 issued by Travelers Property Casualty Company of America ("Travelers") to Ishar Inc. ("Ishar") for the policy period 06/27/19 to 06/27/20 (the "Policy"). Based upon our review, we have no obligation under the Policy to indemnify Ishar for the Claim as outlined in more detail below.

Based on our investigation, on August 12, 2019 Stephen Rucker was attempting to re-fuel a car at a gas station owned by Ishar at 5657 Walnut Street Philadelphia, Pennsylvania (the "Premises") when gasoline allegedly sprayed onto himself and his mother, Siknah Rucker. The claimants allege that during the re-fueling process the top of the gas pump became loose causing the gasoline to discharge onto them. As a result of the incident, the claimants are alleging personal injuries due to their alleged exposure to gasoline. It is our understanding that an unknown party had purposely damaged the rubber hoses attached to the gas pumps at the Premises and this party has been apprehended by the police.

Please be advised that the Policy contains the following pollution exclusion which limits coverage and states in pertinent part as follows:

This insurance does not apply to:

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

    a. At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured...

        ...

"Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

        *        *        *

As the Claim arises out of a release of gasoline, a pollutant as defined in the Policy which allegedly caused injuries to the claimants and their vehicle at a premises owned by the insured, the above-cited language would apply to preclude coverage for the Claim under the Policy.

This correspondence is neither intended to be, nor shall it be construed as, an exhaustive listing of policy terms, conditions or exclusions that might preclude coverage for the Claim under the Policy. Travelers reserves the right to supplement this declination of coverage should facts and circumstances indicate the applicability of additional grounds upon which to deny coverage for the Claim.

If you have any questions or would care to discuss this matter further, please feel free to contact me at (443) 353-1327.

Sincerely,

Robert M. Stahl V
Assistant Account Executive

ER F. PERRY
ORNEY AT LAW
TH FOURTH STREET
A, PENNSYLVANIA 19147

PITNEY BOWES
$1.16⁰
US POSTAGE
FIRST-CLASS
026W0004897488
2000166048
ZIP 19147
SEP 14 2021

TRAVELERS INDEMNITY CO
111 SCHILLING ROAD
HUNT VALLEY, MD. 21031

Page 1

| From: | "Rae, Amanda P" <ARAE@travelers.com> |
|---|---|
| Date: | 17 Sep 2021 12:27:36 -0400 |
| To: | "Claim_Capture_GM" <ClmCptrGM@travelers.com> |
| Subject: | HV SCANNED MAIL 9/17 |
| Attachments: | 20210917122013.pdf, 20210917122150.pdf |

**Amanda Rae  (She / Her / Hers) | Claims Operations Professional**

**Travelers**
**Mid Atlantic Claim Center**
W: 610-371-7561   F: 866-422-8269

**Mailing Address**
Travelers
PO Box 430
Buffalo, NY  14240-0430



## Long, John

| | |
|---|---|
| **From:** | Beyer, Pamela J <PBEYER@travelers.com> |
| **Sent:** | Tuesday, September 21, 2021 8:11 AM |
| **To:** | TravelersSOP |
| **Cc:** | Beyer, Pamela J |
| **Subject:** | Travelers Direct Sept 17 Ishar Inc, et al v. Travelers Indemnity Company |
| **Attachments:** | 20210917122150.pdf |

| | |
|---|---|
| **Importance:** | High |

**Pamela Beyer | Sr Service of Process Coord | Corporate Litigation**
Travelers
385 S Washington Street |9275- LC12L
St. Paul, MN 55102
W: 651-310-3682   F: 651-310-8204

TRAVELERS

---

**From:** Thomas, Matthew <MTHOMA22@travelers.com>
**Sent:** Friday, September 17, 2021 4:04 PM
**To:** Brooks, Sharon <STBROOKS@travelers.com>; Beyer, Pamela J <PBEYER@travelers.com>
**Subject:** Ishar Inc, et al v. Travelers Indemnity Company (FW: Mail-Closed-FKW0478)
**Importance:** High

Sharon and Pam-

We received the attached DJ action today and Michael Eisele in in Claim Legal – SRG asked me to forward it on to your attention. The matter was apparently sent via first class mail to our 111 Schilling Road, Hunt Valley, MD location, received in our mailroom, scanned by centralized mail and uploaded to the relevant claim file. The only notice we received was the email at the bottom of this email string advising that a document was uploaded to the claim file. Please let me know if you have any questions or need anything further. I'd appreciate it if you could send me an acknowledgement or your receipt the attached.

Thanks,

Matt

**Matthew C. Thomas | Regional Director | Strategic Resolution Group**
Travelers
111 Schilling Rd.
Hunt Valley, MD 21031
W: 443.353.1339   F: 443.353.1140

TRAVELERS

---

**From:** Skok, Wyatt A <WSKOK@travelers.com>
**Sent:** Friday, September 17, 2021 3:53 PM

**To:** Thomas, Matthew <MTHOMA22@travelers.com>
**Subject:** FW: Mail-Closed-FKW0478

Per our conversation, please see the attached on the Ishar matter FKW0478.

**Wyatt Skok | Sr. Account Executive | SRG**
Travelers
111 Schilling Rd.
Hunt Valley, MD 21031
W: 443.353.1335   F: 443.353.1140

**TRAVELERS**

---

**From:** Simone, Lisa D <LDSIMONE@travelers.com>
**Sent:** Friday, September 17, 2021 3:44 PM
**To:** Skok, Wyatt A <WSKOK@travelers.com>
**Subject:** FW: Mail-Closed-FKW0478

Hi Wyatt ~

Received the attached DJ action in the Ishar matter.  Please give me a call to discuss what my next steps are?

Thanks ~ Lisa

**Lisa D. Simone | Assistant Account Executive | Strategic Resolution Group**
Travelers
111 Schilling Road
Hunt Valley, MD 21031
W: 443.353.1028   F: 443.353.1140

**TRAVELERS**

This communication is strictly confidential and may be also subject to legal privileges.  This communication is intended for the sole use of the individual or entity named above.  Any use, duplication or publication of this communication by a person or entity other than as named above is prohibited.  If you have received this transmission by mistake, please notify the sender immediately by telephone or return email .

---

**From:** Jagtap, Pallavi <PJAGTAP8@travelers.com>
**Sent:** Friday, September 17, 2021 3:29 PM
**To:** Simone, Lisa D <LDSIMONE@travelers.com>
**Cc:** E-Fax Quality <EFAXQUAL@travelers.com>
**Subject:** Mail-Closed-FKW0478

A new document has been received on a closed file in your name. It has been uploaded to the file cabinet. If you are no longer the claim professional, please forward this email to the appropriate person (if known) or handle as you see fit locally.

---

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

2

# Exhibit B

Bradley J. Vance, Esquire
Attorney I.D. #58850
Robert J. Foster, Esquire
Attorney I.D. #61912
REGER RIZZO & DARNALL LLP
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104
  (215)495-6500
F (215)495-6600

Attorneys for Defendant,
Travelers Property Casualty
Company of America

Filed and Attested by the
Office of Judicial Records
30 SEP 2021 10:00 am
J. LOWELL

| | | |
|---|---|---|
| ISHAR, INC t/a Amera Gas Station, and Gurinder S. Syan | : | COURT OF COMMON PLEAS PHILADELPHIA COUNTY |
| **Plaintiff,** | : | |
| vs. | : | No.: 210900746 |
| | : | |
| TRAVELERS INDEMNITY COMPANY d/b/a TRAVELERS | : | |
| | : | |
| **Defendant** | : | |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter the appearance of Attorney Bradley J. Vance, Esquire and Attorney Robert

J. Foster, Esquire on behalf of Defendant, Travelers Property Casualty Company of America,

improperly named and identified as Travelers Indemnity Company d/b/a Travelers, in the above

captioned matter.

Respectfully submitted,

**REGER RIZZO & DARNALL LLP**

Date: September 30, 2021      By:    */s/ Bradley J. Vance*
                                                Bradley J. Vance, Esquire

Bradley J. Vance, Esquire
Attorney I.D. #58850
Robert J. Foster, Esquire
Attorney I.D. #61912
REGER RIZZO & DARNALL LLP
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104
  (215)495-6500
F (215)495-6600

Attorneys for Defendant,
Travelers Property Casualty
Company of America

*Filed and Attested by the
Office of Judicial Records
30 SEP 2021 10:00 am
I. LOWELL*

| | | |
|---|---|---|
| ISHAR, INC t/a Amera Gas Station, and Gurinder S. Syan | : : | COURT OF COMMON PLEAS PHILADELPHIA COUNTY |
| **Plaintiff,** | : | |
| vs. | : : | No.: 210900746 |
| TRAVELERS INDEMNITY COMPANY d/b/a TRAVELERS | : : | |
| | : | |
| **Defendant** | : | |

## CERTIFICATE OF SERVICE

I, Bradley J. Vance, Esquire and Robert J. Foster, Esquire, attorneys for Defendant,

Travelers Property Casualty Company of America, hereby certify that a true and correct copy of

the within Entry of Appearance was served on September 30, 2021, via electronic filing to all

counsel of record and unrepresented parties:

Roger F. Perry, Esquire
Perry & Perry
Attorney I.D. #21443
734 S 4th Street
Philadelphia, PA 19147
(215)922-2094
rfentonperry@aol.com
*Counsel for Plaintiff*

Respectfully submitted,

**REGER RIZZO & DARNALL LLP**

Date: September 30, 2021          By:     */s/ Bradley J. Vance*
                                           Bradley J. Vance, Esquire

Case ID: 210900746

# Exhibit C

Gurinder Syan in PA

## Gurinder Singh Syan, 45

| | |
|---|---|
| Lived in | Upper Darby PA, New Castle DE, Wilmington DE, Newark DE |
| Related to | Amarjit Singh, Amarjit Syan, Bahadur Singh, Baljinder Singh |
| AKAs | Gurinnder Singh Syan, Gurinder Syansingh, Govinder S Syan |

View Details

## Our Partner Sites

The results below are generated from sites outside of PeopleFinders.com

Premium Public Records for **Gurinder Syan**
Sponsored by **BeenVerified.com**

Gurinder Syan, 45
Upper Darby, PA

View Details

Public Information for **Gurinder Syan**
Sponsored by **TruthFinder.com**

Gurinder Syan, 45
New Castle, DE

View Details

Public and Criminal Records for **Gurinder Syan**
Sponsored by **PeopleLooker.com**

Gurinder Syan, 45
Upper Darby, PA

View Details

Public Records for **Gurinder Syan**
Sponsored by **InstantCheckmate.com**

Gurinder Syan, 45
New Castle, DE

View Details

To provide you with an optimal experience on this website, we use cookies. If you
continue to use this website, you agree to accept our use of cookies.

Learn More    Accept

9/30/2021, 8:26 AM

PeopleFinders is dedicated to helping you find people and learn more about them in a safe and responsible manner. PeopleFinders is not a Consumer Reporting Agency (CRA) as defined by the Fair Credit Reporting Act (FCRA). This site can't be used for employment, credit or tenant screening, or related purpose. To learn more, visit our Terms of Service and Privacy Policy. Copyright © 2002-2021 PeopleFinders.com. All Rights Reserved.

Accessibility

To provide you with an optimal experience on this website, we use cookies. If you continue to use this website, you agree to accept our use of cookies.

Learn More

 Accept

9/30/2021, 8:26 AM

Case 2:21-cv-04320-AB   Document 1   Filed 10/01/21   Page 50 of 70



Search for...   Q

**Simplify your search**

Click 'Allow' to receive personalized updates

Block   Allow

Search / People / S / Syan

# Gurinder Syan
# in New Castle, DE (Delaware)

## Age 45

VIEW FULL BACKGROUND REPORT »

☰ **Profile**

Name Directory:

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W

X  Y  Z

Phone Directory:   1  2  3  4  5  6  7  8  9

FREE People Search | FREE Reverse Phone Lookup | FREE Address Lookup |

Fast People Search API

© Copyright 2021. All Right Reserved. FastPeopleSearch.com

Terms | Privacy | Contact

FastPeopleSearch.com is not a Consumer Reporting Agency (CRA) as

defined by the Fair Credit Reporting Act (FCRA). This site can't be used for

employment, credit or tenant screening, or any related purpose.

To provide you with an optimal experience on this website, we use cookies. If you continue to use this website, you agree to accept our use of cookies. To learn more, read our Privacy Policy, and our Terms of Use

I AGREE

Case 2.21-cv-04320-AB   Document 1   Filed 10/01/21   Page 51 of 70



**Simplify your search**

Click 'Allow' to receive personalized updates

Block    Allow

VIEW FULL BACKGROUND REPORT

## 📱 Phone Numbers
### for **Gurinder Syan** in **New Castle, DE**

**(610) 316-1105** (Primary Phone)

Wireless
New Cingular Wireless PCS LLC – DC
First reported October 2003

**(302) 369-8024**

Landline
Verizon Delaware Inc
First reported October 2003

**(610) 352-8835**

Landline
Verizon Pennsylvania Inc
First reported November 2003

**(610) 259-9797**

Landline
Verizon Pennsylvania Inc
First reported June 2001

**(610) 587-6862**

Wireless
Sprint Spectrum LP
First reported June 2009

| | | | |
|---|---|---|---|
| **Gurinder Syan** | Newark, DE | Age 45 | DETAILS |
| Sponsored By BeenVerified.com | | | |
| **Gurinder Singh Syan** | New Castle, DE | Age 45 | DETAILS |

To provide you with an optimal experience on this website, we use cookies. If you continue to use this website, you agree to accept our use of cookies. To learn more, read our Privacy Policy, and our Terms of Use

I AGREE

Case 2:21-cv-04320-AB    Document 1    Filed 10/01/21    Page 52 of 70



**Simplify your search**

Click 'Allow' to receive personalized updates

Block        Allow

| Gurinder Syan | New Castle,DE | Age 45 | DETAILS |

Sponsored By MyLife.com

## @ Email Addresses

for **Gurinder Syan** in **New Castle, DE**

**gsyan@comcast.net**

**gsyan@aol.com**

## Also Known As

**Syan Gurinnder Singh**

**Syansingh Gurinder**

**Gurinder Singh Syan**

**Syansingh Gurinnder Singh**

**Gurinder Syan**

**Gurinnder Singh Syan**

**Syansingh Gurinnder Singh**

**Syan Gurinnder Singh**

**Gurinder Syansingh**

**Gurinnder Syan Singh**

**Govinder S Syan**

**Kurwinder K Syan**

**Gurinder S Stan**

Show More...

## Sponsored Links

## ♀ Previous Addresses

used by **Gurinder Syan**

711 Woodsedge Rd

To provide you with an optimal experience on this website, we use cookies. If you continue to use this website, you agree to accept our use of cookies. To learn more, read our Privacy Policy, and our Terms of Use    I AGREE

Case 2:21-cv-04320-AB    Document 1    Filed 10/01/21    Page 53 of 70



**Simplify your search**

Click 'Allow' to receive personalized updates

Block    Allow

Recorded June 2

**55 Savoy Rd**
**Newark DE 19702**

New Castle County
Recorded October 2003
Home Phone: (610) 316-1105

**420 Timberlake Rd**
**Upper Darby PA 19082**

Delaware County
Recorded August 2001

**20 Marlborough Rd**
**Upper Darby PA 19082**

Delaware County
Recorded May 2000

**55 Sandy Ct**
**Newark DE 19702**

New Castle County
Recorded October 2003

**1901 Centerville Rd**
**Wilmington DE 19808**

New Castle County
Recorded April 2003



**Relatives**
of **Gurinder Syan** in **New Castle, DE**

To provide you with an optimal experience on this website, we use cookies. If you continue to use this website, you agree to accept our use of cookies. To learn more, read our Privacy Policy, and our Terms of Use



Case 2:21-cv-04320-AB    Document 1    Filed 10/01/21    Page 54 of 70

**Simplify your search**

Click 'Allow' to receive personalized updates

Block    Allow

Q

Amarjit Singh

Age 55 (May 196  )

**Amarjit Syan**

Age 68 (Jun 1953)

**Bahadur Singh**

Age 66 (Sep 1955)

**Baljinder Singh**

Age 56 (Mar 1965)

**Bhera Singh**

Age 62 (Jul 1959)

**Gurmeet Singh**

Age 41 (Mar 1980)

**Gurminder Singh**

Age 48 (May 1973)

**Gurmit Singh**

Age 74 (Dec 1946)

**Gurpreet Singh**

Age 46 (Sep 1975)

**Gurpreet Singh**

Age 39 (Feb 1982)

**Harbhajan Singh**

Age 65 (Aug 1956)

**Harbhajan Singh**

Age 81 (Oct 1939)

**Jaspal Singh**

To provide you with an optimal experience on this website, we use cookies. If you continue to use this website, you agree to accept our use of cookies. To learn more, read our Privacy Policy, and our Terms of Use

 I AGREE

Case 2:21-cv-04320-AB    Document 1    Filed 10/01/21    Page 55 of 70

**Simplify your search**

Click 'Allow' to receive personalized updates

Block    Allow

**Kulwinder Sing...**

Age 37 (Nov 1983)

**Kurwinder Syan**

Age 68 (May 1953)

**Manjit Singh**

Age 51 (Mar 1970)

**Onkar Bains**

Age 49 (Jan 1972)

**Rupinder Syan**

Age 40 (Dec 1980)

Show More...

## Associates
## of **Gurinder Syan** in **New Castle, DE**

**Syan Rimple**

Age 42 (Jul 1979)

**Paul Pathrose**

Age 65 (May 1956)

**Lizy Pathrose**

Age 59 (Jul 1962)

**Surya Lama**

Age 62 (Jan 1959)

## ⚤ Is Gurinder Syan Currently Married?

We can not find any public records stating that Gurinder Syan is currently Married. It is not likely.

**Sponsored Links**

## 🏠 Neighbors

To provide you with an optimal experience on this website, we use cookies. If you continue to use this website, you agree to accept our use of cookies. To learn more, read our Privacy Policy, and our Terms of Use



I AGREE



**Simplify your search**

Click 'Allow' to receive personalized updates

Block    Allow

New Castle DE 1

### Sivoutha Keo

(215) 612-2327

1015 Matthew Way
New Castle DE 19720

### Ying Wang

(610) 793-4237

1016 Matthew Way
New Castle DE 19720

### Michael Alexander

1008 Matthew Way
New Castle DE 19720

### Charles Cicchitti

(856) 845-3722

1018 Matthew Way
New Castle DE 19720

### Cynthia Tucker

1006 Matthew Way
New Castle DE 19720

### Linda Mensah

(301) 926-3546

1021 Matthew Way
New Castle DE 19720

### Shareda Brown

(302) 322-5713

1004 Matthew Way
New Castle DE 19720

### Nadia Amos-Abanyie

1022 Matthew Way

To provide you with an optimal experience on this website, we use cookies. If you continue to use this website, you agree to accept our use of cookies. To learn more, read our Privacy Policy, and our Terms of Use

I AGREE



**Simplify your search**

Click 'Allow' to receive personalized updates

Block          Allow

Q

**Gurinder S Syan** is 45                                              ler lives at the

address **1013 Matthew Way, New Castle DE 19720**. Gurinder has lived at this **New Castle, DE**

address for about 3 years, after moving in around November of 2017. Gurinder previosly lived at 711

Woodsedge Rd, Wilmington DE 19804 for 4 years, starting in May of 2015. Going further back, starting

in June of 2002, Gurinder lived at 18 Marlborough Rd, Upper Darby PA 19082 for 18 years.

Public records do not indicate that Gurinder S Syan is currently married. The following people are

relatives or close associates of Gurinder: Amarjit Singh(48), Amarjit Singh(55), Amarjit Syan(68), Bahadur

Singh(66), Baljinder Singh(56), Bhera Singh(62), Gurmeet Singh(41), Gurminder Singh(48), Gurmit

Singh(74), Gurpreet Singh(46) and Gurpreet Singh(39).

Gurinder's current phone number is **(610) 316-1105**. This Wireless number was issued by 'New

Cingular Wireless PCS LLC - DC', first reported in public records on October of 2003. Past phone

numbers for Gurinder include (302) 369-8024, (610) 352-8835 and (610) 259-9797. The primary email

address for Gurinder is gsyan@comcast.net. Gurinder has also used the following email accounts: and

gsyan@aol.com.

# Frequently Asked Questions

## How old is Gurinder S Syan?

Gurinder Syan is 45 years old, and was born in August of 1976.

## Where does Gurinder Syan live currently?

Gurinder Syan's current address is 1013 Matthew Way, New Castle DE 19720. Gurinder has lived there

for about 3 years, since November of 2017.

## Who is related to Gurinder Syan?

Gurinder Syan is likely related to the following people: Amarjit Singh, Amarjit Singh, Amarjit Syan,

To provide you with an optimal experience on this website, we use cookies. If you
continue to use this website, you agree to accept our use of cookies. To learn more, read
our Privacy Policy, and our Terms of Use

 I AGREE

Case 2:21-cv-04320-AB   Document 1   Filed 10/01/21   Page 58 of 70



**Simplify your search**

Click 'Allow' to receive personalized updates

Block    Allow

## What is the best

gsyan@comcast.net is the most current email on record for Gurinder Syan.

## Is Gurinder Syan alive today?

Yes! Gurinder Syan is living today.

## Does Gurinder Syan go by any other names or aliases?

Gurinder Syan may also go by the following names or aliases: Syan Gurinnder Singh, Syansingh Gurinder, Gurinder Singh Syan, Syansingh Gurinnder Singh, Gurinder Syan, Gurinnder Singh Syan, Syansingh Gurinnder Singh, Syan Gurinnder Singh, Gurinder Syansingh, Gurinnder Syan Singh, Govinder S Syan

## Who does Gurinder Syan associate with?

The following people are friends, co-workers, partners, roomates, or otherwise associated with Gurinder Syan: Syan Rimple, Lizy Pathrose, Paul Pathrose, Surya Lama

## Where did Gurinder Syan live previously?

Gurinder Syan was registered, and likely lived at the following addresses in the past: | 711 Woodsedge Rd, Wilmington DE 19804 | 18 Marlborough Rd, Upper Darby PA 19082 | 55 Savoy Rd, Newark DE 19702 | 420 Timberlake Rd, Upper Darby PA 19082 | 20 Marlborough Rd, Upper Darby PA 19082 | 55 Sandy Ct, Newark DE 19702

## What email addresses have been used by Gurinder Syan?

Gurinder Syan has used the following email addresses: gsyan@comcast.net, gsyan@aol.com

## What phone numbers have been used by Gurinder Syan?

Gurinder Syan has been registered with the following phone numbers: (610) 316-1105, (302) 369-8024, (610) 352-8835, (610) 259-9797, (610) 587-6862

## Is Gurinder Syan associated wth any businesses?

We do not show Gurinder Syan associated with any business records

To provide you with an optimal experience on this website, we use cookies. If you continue to use this website, you agree to accept our use of cookies. To learn more, read our Privacy Policy, and our Terms of Use



Case 2:21-cv-04320-AB     Document 1     Filed 10/01/21     Page 59 of 70

**Simplify your search**

Click 'Allow' to receive personalized updates

Block          Allow

Public Records for **G**

Paid Results Sponsored by **TruthFinder.com**

| | | | |
|---|---|---|---|
| **Gurinder Singh Syan** | New Castle, DE | Age 45 | DETAILS |

Public Records for **Gurinder Syan**

Paid Results Sponsored by **InstantCheckMate.com**

| | | | |
|---|---|---|---|
| **Gurinder Singh Syan** | New Castle, DE | Age 45 | DETAILS |

Public Records for **Gurinder Syan**

Paid Results Sponsored by **MyLife.com**

| | | | |
|---|---|---|---|
| **Gurinder Syan** | New Castle,DE | Age 45 | DETAILS |

Public Records for **Gurinder Syan**

Paid Results Sponsored by **Persopo.com**

| | | | |
|---|---|---|---|
| **Gurinder Syan** | New Castle, DE | Age 45 | DETAILS |

To provide you with an optimal experience on this website, we use cookies. If you continue to use this website, you agree to accept our use of cookies. To learn more, read our Privacy Policy, and our Terms of Use

I AGREE


Home (/) / US Persons (/p/) / Gurinder Syan

## Found **2** results for
# Gurinder Syan

## Gurinder S Syan (/person/Syan-191066044), age 45

Newark, DE

Most likely, this person is the owner of the property at 55 Savoy Rd, Newark, DE 19702, USA

Completed College

Associated persons: Jatinder S Syan, Kulwinder S Syan

(302) 369-8024

## Gurinder S Syan (/person/Syan-53148433)

Upper Darby, PA

18 Marlborough Rd, Upper Darby, PA 19082, USA

Associated persons: Lekshmi Kurup, Sobhanakumari V Kurup, Vijaya R Kurup

(610) 587-6862



About (/about)
Content Guidelines (/content-guidelines)
Privacy Policy (/privacy)
Policy Violation (/policy-violations)
**Opt Out / Report a Violation (/remove)**
Terms and Conditions (/terms)
Find People (/p/)
Find Address (/d/)

Leaflet (http://leafletjs.com) | © OpenStreetMap (https://www.openstreetmap.org/copyright)

Case 2:21-cv-04320-AB    Document 1    Filed 10/01/21    Page 61 of 70

Start typing state

| | |
|---|---|
| Delaware (/Gurinder-Syan/Delaware) | 1 |
| Pennsylvania (/Gurinder-Syan/Pennsylvania) | 1 |

## Disclaimer

Neighbor.Report collects publicly available data about addresses, residents, and phone numbers. Neighbor.Report is not a consumer reporting agency. Neighbor.Report records cannot be used to make decisions about employment (including background checks), insurance, housing or tenant screening, or any purpose covered by the FCRA (Fair Credit Reporting Act).

Corporations ▾    Search Business Entities (corpsearch.aspx)    Search UCC Transactions (uccsearch.aspx)    Forms ▾

Contact Corporations (http://www.dos.pa.gov/BusinessCharities/Pages/default.aspx)    Login (https://hub.business.pa.gov/login)

Search entity / Select entity / **Order documents**

# Order Business Documents

**Date:** 09/30/2021

## Business Name History

| Name | Name Type |
|---|---|
| ISHAR, INC. | Current Name |

## Business Entity Details
### Officers

| | |
|---|---|
| **Name** | ISHAR, INC. |
| **Entity Number** | 2926368 |
| **Entity Type** | Business Corporation |
| **Status** | Active |
| **Citizenship** | Domestic |
| **Entity Creation Date** | 02/25/2000 |
| **Effective Date** | 02/25/2000 |
| **State Of Inc** | PA |
| **Address** | % GURINDER SINGH SYAN 420 TIMBERLAKE RD UPPER DARBY PA 19082-0 Delaware |

| | |
|---|---|
| **Name** | GURINDER S SYAN |
| **Title** | PRESIDENT |
| **Address** | 6243 CHESTNUT STREET PHILADELPHIA PA 19139-51 |

## Filed Documents

The information presented below is for your reference. To place an order you will need to log in. If you do not have a PENN File account, you may register for an account by clicking here (/Account/Register_account).

Show 25 ∨ entries                                           Filter Records

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | Microfilm End | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Search Request | | | $15.00 | | | | | | |
| | 02/25/2000 | ARTICLES OF INCORPORATION 1 | | 1 | $0.00 | 0 | $40.00 | 2000015 | 1007 | 1008 | |

Showing 1 to 2 of 2 entries                         Previous  1  Next

https://www.corporations.pa.gov/Search/CorpSearch

| | All Dates | All Certified Copies | Quantity #  1 | $40.00 | Search Fee $15.00 | |
|---|---|---|---|---|---|---|
| | All Dates | All Plain Copies | Quantity #  1 | $0.00 | Search Fee $15.00 | |

**Note:** Some of the images are currently unavailable through the website. You may submit an order for copies by selecting a document and then clicking on the 'Proceed to Cart' button. An initial $15 search fee is due and payable at the time of the order. Additional fees of $3.00 per page will be invoiced through the email identified with the user login. When all fees due have been paid, you will receive an email indicating the order is available on the users Home page under the Downloads section.

By selecting 'Proceed to Cart' you are agreeing to pay all fees for this order.

## Certified Documents

| Select | Date | Document | Pages | Quantity# | Price | Line Total |
|---|---|---|---|---|---|---|
| | 09/30/2021 | Subsistence Certificate | 1 | 1 | $40.00 | |
| | 09/30/2021 | Index and Docket Report | 1 | 1 | $15.00 | |
| | 09/30/2021 | Index and Docket Certified Report | 1 | 1 | $55.00 | |

**Order Total :**

<< Back to Search Results

Login

# Exhibit D

TOM WOLF, GOVERNOR( HTTP://WWW.GOVERNOR.PA.GOV/ )

|
JESSICA K. ALTMAN, COMMISSIONER( HTTP://WWW.INSURANCE.PA.GOV/PAGES/MEETTHECOMMISSIONER.ASPX )

Page Content

TRAVELERS INDEMNITY COMPANY (THE)

**NAIC:** 25658

**Home Address**
ONE TOWER SQUARE
HARTFORD, CT 06183

**Mailing Address**
ONE TOWER SQUARE
HARTFORD, CT 061836014

**Domicile:** CT

**Ph:** 860-277-0111

**Type:** Casualty

**E-Mail:**
annual.statement.contact@travelers.com( mailto:annual.statement.contact@travelers.com )

**Powers:**
Accident and Health, Auto Liability, Boiler and Machinery, Burglary and Theft, Credit, Elevator, Fidelity and Surety, Glass, Inland Marine and Physical Damage, Livestock, Mine and Machinery, Ocean Marine, Other Liability, Personal Property Floater, Property and Allied Lines, Water Damage, Workers Compensation

**Maximum Net Exposure per Fidelity or Surety Risk:** $694,952,562

Consumer Information

Financial Examination Reports( https://www.insurance.pa.gov/Companies/IndustryActivity/FinancialExaminations/Pages/default.aspx?RootFolder=%2FCompanies%2FIndustryActivity%2FFinancialExaminations%2FDocuments%2FT%20Companies )

Market Conduct Examination Reports( https://www.insurance.pa.gov/Regulations/Regulatory%20Actions/Pages/CurrentMarketConduct.aspx )

These links do not imply that an examination report is present with this record. It is merely here to promote yet another service on this website.

Go Back to Previous Page

Company information is current as of: 9/27/2021

# Exhibit E

TOM WOLF, GOVERNOR( HTTP://WWW.GOVERNOR.PA.GOV/ )

|

JESSICA K. ALTMAN, COMMISSIONER( HTTP://WWW.INSURANCE.PA.GOV/PAGES/MEETTHECOMMISSIONER.ASPX )


Page Content

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**NAIC:** 25674

**Home Address**
ONE TOWER SQUARE
HARTFORD, CT 06183

**Mailing Address**
ONE TOWER SQUARE
HARTFORD, CT 06183

**Domicile:** CT

**Ph:** 860-277-0111

**Type:** Casualty

**E-Mail:**
Annual.Statement.Contact@Travelers.com( mailto:Annual.Statement.Contact@Travelers.com )

**Powers:**
Accident and Health, Auto Liability, Boiler and Machinery, Burglary and Theft, Credit, Elevator, Fidelity and Surety, Glass, Inland Marine and Physical Damage, Livestock, Ocean Marine, Other Liability, Personal Property Floater, Property and Allied Lines, Water Damage, Workers Compensation

**Maximum Net Exposure per Fidelity or Surety Risk:** $46,985,861

Consumer Information

Financial Examination Reports( https://www.insurance.pa.gov/Companies/IndustryActivity/FinancialExaminations/Pages/default.aspx?RootFolder=%2FCompanies%2FIndustryActivity%2FFinancialExaminations%2FDocuments%2FT%20Companies )

Market Conduct Examination Reports( https://www.insurance.pa.gov/Regulations/Regulatory%20Actions/Pages/CurrentMarketConduct.aspx )

These links do not imply that an examination report is present with this record. It is merely here to promote yet another service on this website.

Go Back to Previous Page


Company information is current as of: 9/27/2021

# Exhibit F

Bradley J. Vance, Esquire
Attorney I.D. No. 58850
Robert J. Foster, Esquire
Attorney I.D. No. 61912
REGER RIZZO & DARNALL LLP
Cira Centre, 13th Floor
2929 Arch Street                                   Attorneys for Defendant,
Philadelphia, PA   19104                           Travelers Property Casualty
215-495-6500                                       Company of America,
215-495-6600 (fax)                                 misidentified as The Travelers
bvance@regerlaw.com                                Indemnity Company
rfoster@regerlaw.com

| | | |
|---|---|---|
| ISHAR, INC.  t/a Amera Gas Station | : | COURT OF COMMONS PLEAS |
| And GURINDAR SYAN | : | PHILADELPHIA COUNTY |
| | : | |
| **Plaintiffs,** | : | NO.:2100900746 |
| | : | |
| v. | : | |
| | : | |
| THE TRAVELERS INDEMNITY | : | |
| COMPANY d/b/a TRAVELERS | : | |
| | : | |
| **Defendants,** | : | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

>    To:    Prothonotary
>           Philadelphia County
>
>           Robert Perry, Esquire
>           734 S. Fourth Street
>           Philadelphia, PA  19147-3195

       PLEASE TAKE NOTICE that on  [date]  pursuant to 28 U.S.C. §§1332, 1441, 1446,
Defendants filed a Notice of Removal for the above-captioned action from Court of Common
Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern
District of Pennsylvania.  A copy of the Notice of Removal is attached hereto as Exhibit "1".

                                              **REGER RIZZO & DARNALL LLP**


                                              By:    /s/ Bradley J. Vance_____
Date: October 1, 2021                                Bradley J. Vance, Esquire
                                                     Attorney for Defendant

Bradley J. Vance, Esquire
Attorney I.D. No. 58850
Robert J. Foster, Esquire
Attorney I.D. No. 61912
REGER RIZZO & DARNALL LLP
Cira Centre, 13th Floor
2929 Arch Street                              Attorneys for Defendant,
Philadelphia, PA   19104                      Travelers Property Casualty
215-495-6500                                  Company of America,
215-495-6600 (fax)                            misidentified as The Travelers
bvance@regerlaw.com                           Indemnity Company
rfoster@regerlaw.com

| | | |
|---|---|---|
| ISHAR, INC.  t/a Amera Gas Station | : | COURT OF COMMONS PLEAS |
| And GURINDAR SYAN | : | PHILADELPHIA COUNTY |
| | : | |
| **Plaintiffs,** | : | NO.:2100900746 |
| | : | |
| v. | : | |
| | : | |
| THE TRAVELERS INDEMNITY | : | |
| COMPANY d/b/a TRAVELERS | : | |
| | : | |
| **Defendants,** | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Bradley J. Vance, Esquire, hereby certify that a true and correct copy of the Notice of

Filing of Notice of Removal filed on behalf of Defendant, The Travelers Indemnity Company,

was served via the e-filing system upon all counsel of record.


                                              **REGER RIZZO & DARNALL LLP**


                                              By:    /s/ Bradley J. Vance_____
Date: October 1, 2021                                Bradley J. Vance, Esquire
                                                     Attorney for Defendant